1  Mark F. Lovell, CA Bar No. 246652
   mark.lovell@ogletree.com
2  Carlos Bacio, CA Bar No. 328466
   carlos.bacio@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  Park Tower, Fifteenth Floor
   695 Town Center Drive
5  Costa Mesa, CA  92626
   Telephone:  714-800-7900
6  Facsimile:   714-754-1298

7  Attorneys for Defendant Airport Terminal Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOSE MARTINEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., A MISSOURI CORPORATION; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendant. | Case No. 8:20-cv-426<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83 1.3.1 IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>**[DIVERSITY JURISDICTION]**<br><br>*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Certificate of Interested Parties; Corporate Disclosure Statement; and Declarations of Brandy Wallace and Mark F. Lovell]*<br><br>State Court<br>Action Filed:  December 30, 2019<br>Trial Date:    None Set<br>Judge:         Hon. JudgeName |

41954407_1.docx

Case No. 8:20-cv-426
NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83 1.3.1 IN SUPPORT OF DEFENDANT
AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT**, pursuant to Local Rule 83-1.3.1, there are no related cases previously filed or currently pending before the United States District Court for the Central District of California.

DATED:  March 2, 2020             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                  By: /S/ Carlos Bacio
                                     Mark F. Lovell
                                     Carlos Bacio
                                     Attorneys for Defendant Airport Terminal Services, Inc.

41954407_1.docx

NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83 1.3.1 IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

# PROOF OF SERVICE
*Jose Martinez v. Airport Terminal Services, Inc., et al*
Case No. 8:20-cv-426

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On March 2, 2020, I served the following document(s):

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83 1.3.1 IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:

41954407_1.docx

2     Case No. 8:20-cv-426
NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83 1.3.1 IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

| | | |
|---|---|---|
| ☐ | | [Federal Court] the written confirmation of counsel in this action and order of the court: |
| ☐ | **BY CM/ECF:** | With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System. |
| ☒ | **(Federal)** | I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |
| ☐ | **(Federal)** | I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 2, 2020, at Costa Mesa, California.

_Lisa Sles_ (signature)

Lisa Sles

41954407_1.docx

3   Case No. 8:20-cv-426

NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83 1.3.1 IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

**SERVICE LIST**

| | |
|---|---|
| Jace H. Kim, Esq.<br>Carlos Andres Perez, Esq.<br>Matias N. Castro, Esq.<br>THE DOMINGUEZ FIRM, LLP<br>3250 Wilshire Boulevard, Suite 1200<br>Los Angeles, CA 90010<br>Telephone:  213-381-4011<br>Facsimile:   213-201-8212 | Attorneys for Plaintiff<br>Jose Martinez |

41954407.1

41954407_1.docx

4                                         Case No. 8:20-cv-426
NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83 1.3.1 IN SUPPORT OF DEFENDANT
AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION