Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
Carlos Bacio CA Bar No. 328466
carlos.bacio@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
Airport Terminal Services, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOSE MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00426-DOC-DFMx<br><br>**DECLARATION RE:**<br><br>**(1) FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN THE ORANGE COUNTY SUPERIOR COURT AND SERVICE OF NOTICE OF REMOVAL ON PLAINTIFF; AND**<br><br>**(2) FILING OF PROOF OF SERVICE**<br><br>Complaint Filed: December 30, 2019<br>Trial Date:       None Set<br>District Judge:  Hon. David O. Carter<br>Magistrate Judge: Hon. Douglas F. McCormick |

Case No. 8:20-cv-00426-DOC-DFMx
DECLARATION RE FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN SUPERIOR COURT AND TO PLAINTIFF

## DECLARATION OF CARLOS BACIO

I, Carlos Bacio, declare as follows:

1. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendant Airport Terminal Services, Inc. ("Defendant"). I am licensed to practice before this Court and before all of the courts of the State of California.

2. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

3. On March 2, 2020, Defendant's Notice of Removal of Civil Action (the "Notice of Removal") was filed in this Court.

4. On March 5, 2020, after filing the Notice of Removal in this Court, I caused Defendant's Notice of Stay of Proceedings, Notice to Clerk of the Superior Court of the County of Orange and Notice to Adverse Parties of the Removal of the Civil Action to United States District Court for the Central District of California, Southern Division (the "State Court Notice") to be filed in the Orange County Superior Court, where this action had been pending. Attached as Exhibit "A" is a true and correct copy of the Notice of Stay of Proceedings and Notice to Clerk and Adverse Party.

5. Attached hereto as Exhibit "B" is the Proof of Service of the Notice of Removal.

6. Attached hereto as Exhibit "C" is the Proof of Service of the Notice to Plaintiff and Clerk.

///
///
///
///
///
///

I declare under the penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on March 10, 2020, at Costa Mesa, California.

                               /s/ Carlos Bacio
                               Carlos Bacio

Document1

2    Case No. 8:20-cv-00426-DOC-DFMx
DECLARATION RE FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN SUPERIOR COURT AND TO PLAINTIFF

# EXHIBIT A

Case 8:20-cv-00426-DOC-DFM Document 1-2 Filed 03/02/20 Page 5 of 16 Page ID #:265

Electronically Filed by Superior Court of California, County of Orange, 03/05/2020 05:16:00 PM.
30-2019-01121035-CU-WT-CJC - ROA # 11 - DAVID H. YAMASAKI, Clerk of the Court By Mark Gutierrez, Deputy Clerk.

**CM-180**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR *COURT USE ONLY* |
|---|---|
| Mark F. Lovell (246652); Carlos Bacio (328466)<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>695 Town Center Drive,, Suite 1500<br>Costa Mesa, CA 92626<br>TELEPHONE NO.: 714-800-7900  FAX NO. *(Optional)*: 714-754.1298<br>E-MAIL ADDRESS *(Optional)*: carlos.bacio@ogletree.com<br>ATTORNEY FOR *(Name)*: Defendant AIRPORT TERMINAL SERVICES, INC. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF/PETITIONER: JOSE MARTINEZ

DEFENDANT/RESPONDENT: AIRPORT TERMINAL SERVICES, INC.

| NOTICE OF STAY OF PROCEEDINGS | CASE NUMBER:<br>30-2019-01121035-CU-WT-CJC |
|---|---|
| | JUDGE: Martha K. Gooding |
| | DEPT.: C32 |

**To the court and to all parties:**

1. Declarant *(name)*: Carlos Bacio
    a. ☒ is ☐ the party ☒ the attorney for the party who requested or caused the stay.
    b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:
    a. ☒ With regard to all parties.
    b. ☐ With regard to the following parties *(specify by name and party designation)*:

3. Reason for the stay:
    a. ☒ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*
    b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*
    c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*
    d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*
    e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 5, 2020

Carlos Bacio
(TYPE OR PRINT NAME OF DECLARANT)                              ▶ [signature]  (SIGNATURE)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit A, Page 4

Case 8:20-cv-00426-DOC-DFM Document 1-2 Filed 03/05/20 Page 6 of 16 Page ID #:26

Electronically Filed by Superior Court of California, County of Orange, 03/10/2020 06:16:16 PM.
30-2019-01121035-CU-WT-CJC - ROA # 12 - DAVID H. YAMASAKI, Clerk of the Court By Mark Gutierrez, Deputy Clerk.

Mark F. Lovell, CA Bar No. 246652
mark.lovell@ogletree.com
Carlos Bacio, CA Bar No. 328466
carlos.bacio@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714-800-7900
Facsimile:     714-754-1298

Attorneys for Defendant Airport Terminal
Services, Inc.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE – CIVIC CENTER

| | |
|---|---|
| JOSE MARTINEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 30-2019-01121035-CU-WT-CJC<br><br>**NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT BY DEFENDANT AIRPORT TERMINAL SERVICES, INC.**<br><br>[Assigned for all purposes to The Honorable Martha K. Gooding, Dept. C32]<br><br>Action Filed:　　December 30, 2019<br>Trial Date:　　　None Set |

42071014_1.docx

NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES
DISTRICT COURT BY DEFENDANT AIRPORT TERMINAL SERVICES, INC.

Exhibit A, Page 5

**TO THE CLERK OF THE COURT, PLAINTIFF JOSE MARTINEZ, AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United States District Court for the Central District of California on March 2, 2020, by Defendant Airport Terminal Services, Inc. ("Defendant"). Attached as Exhibit "A" is a true and correct copy of the Notice of Removal and all supporting documents, the filing of which effects the removal of this action to the United States District Court, Central District, Southern Division.

DATED: March 5, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Mark F. Lovell
Carlos Bacio

Attorneys for Defendant
Airport Terminal Services, Inc.

42071014_1.docx

1
NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT BY DEFENDANT AIRPORT TERMINAL SERVICES, INC.
Exhibit A, Page 6

# EXHIBIT B

# PROOF OF SERVICE
*Jose Martinez v. Airport Terminal Services, Inc., et al*
Case No. 8:20-cv-426

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On March 2, 2020, I served the following document(s):

**DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 AND 1441**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:

☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

41950117_1.docx

1
PROOF OF SERVICE
Case No. 8:20-cv-426
Exhibit B, Page 8

| | | |
|---|---|---|
| ☐ | **BY CM/ECF:** | With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System. |
| ☒ | **(Federal)** | I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |
| ☐ | **(Federal)** | I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 2, 2020, at Costa Mesa, California.

*Lisa Sles* (signature)

Lisa Sles

41950117_1.docx

2

PROOF OF SERVICE

Case No. 8:20-cv-426

Exhibit B, Page 9

## SERVICE LIST

| | |
|---|---|
| Jace H. Kim, Esq.<br>Carlos Andres Perez, Esq.<br>Matias N. Castro, Esq.<br>THE DOMINGUEZ FIRM, LLP<br>3250 Wilshire Boulevard, Suite 1200<br>Los Angeles, CA 90010<br>Telephone: 213-381-4011<br>Facsimile: 213-201-8212 | Attorneys for Plaintiff<br>Jose Martinez |

41950117.1

# EXHIBIT C

# PROOF OF SERVICE
*Jose Martinez v. Airport Terminal Services, Inc., et al.*
Case No. 30-2019-01121035-CU-WT-CJC

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

On March 5, 2020, I served the following document(s):

**NOTICE OF STAY OF PROCEEDINGS AND NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT BY DEFENDANT AIRPORT TERMINAL SERVICES, INC.**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows

| | |
|---|---|
| Jace H. Kim, Esq.<br>Carlos Andres Perez, Esq.<br>Matias N. Castro, Esq.<br>THE DOMINGUEZ FIRM, LLP<br>3250 Wilshire Boulevard, Suite 1200<br>Los Angeles, CA 90010 | Attorneys for Plaintiff<br>JOSE MARTINEZ<br>Telephone:  213-381-4011<br>Facsimile:  213-201-8212 |

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(State)**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 5, 2020, at Costa Mesa, California.

*/s/ Diane Vo*

Diane Vo

42071014_1.docx

2
NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT BY DEFENDANT AIRPORT TERMINAL SERVICES, INC.
Exhibit C, Page 12

# PROOF OF SERVICE
*Jose Martinez v. Airport Terminal Services, Inc., et al.*
Case No. 8:20-cv-00426-DOC-DFMx

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

On March 10, 2020, I served the following document(s):

## DECLARATION RE:

## (1) FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN THE ORANGE COUNTY SUPERIOR COURT AND SERVICE OF NOTICE OF REMOVAL ON PLAINTIFF; AND

## (2) FILING OF PROOF OF SERVICE

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

3   Case No. 8:20-cv-00426-DOC-DFMx
DECLARATION RE FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN SUPERIOR COURT AND TO PLAINTIFF

☐ the written confirmation of counsel in this action:

☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 10, 2020, at Costa Mesa, California.

_Lisa Sles_ (signature)

Lisa Sles

# SERVICE LIST

| | |
|---|---|
| Jace H. Kim, Esq.<br>Carlos Andres Perez, Esq.<br>Matias N. Castro, Esq.<br>THE DOMINGUEZ FIRM, LLP<br>3250 Wilshire Boulevard, Suite 1200<br>Los Angeles, California 90010<br>Telephone:  213-381-4011<br>Facsimile:   213-201-8212 | Attorneys for Plaintiff<br>Jose Martinez |

42105144.1

5   Case No. 8:20-cv-00426-DOC-DFMx
DECLARATION RE FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN SUPERIOR COURT AND TO PLAINTIFF