NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jace H. Kim, Esq. (SBN 282039)
Carlos Andres Perez, Esq. (SBN 285645)
The Dominguez Firm, LLP
3250 Wilshire Blvd., Ste. 1200
Los Angeles, CA 90010

ATTORNEY(S) FOR: Plaintiff, Jose Martinez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSE MARTINEZ | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:20-cv-00426-DOC-DFMx |
| v. | |
| AIRPORT TERMINAL SERVICES, INC. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff, Jose Martinez _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jose Martinez | Plaintiff |
| Jace H. Kim, Esq. | Plaintiff's Attorney |
| Carlos Andres Perez, Esq. | Plaintiff's Attorney |
| AIRPORT TERMINAL SERVICES, INC. | Defendant |

5/1/2020
Date

/s/ Jace H. Kim, Esq.
Signature

Attorney of record for (or name of party appearing in pro per):

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3250 Wilshire Boulevard, Suite 1200, Los Angeles, California 90010.

On May 1, 2020, I served the foregoing document described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

☒ By placing true copies enclosed in a sealed envelope addressed to each addressee as follows:

| | |
|---|---|
| Mark F. Lovell, Esq.<br>Carlos Bacio, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Park Town, Fifteenth Floor<br>695 Town Center Drive<br>Costa Mesa, CA 92626<br>Email: mark.lovell@ogletree.com<br>Email: carlos.bacio@ogletree.com | *Attorney for Defendant*<br>*AIRPORT TERMINAL*<br>*SERVICES, INC.* |

☐ BY MAIL: I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at our business address in Los Angeles, California. Each of the above envelopes was sealed and placed for collection and mailing on that date following ordinary business practices.

☒ BY CM/ECF: With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the foregoing parties and counsel of record who are registered with the Court's CM/ECF System.

Executed on May 1, 2020, at Los Angeles, California.

☒ FEDERAL   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Amanda M. Headworth                    /s/ Amanda M. Headworth