# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 20-00426-DOC (DFMx)　　　　　　　　　　Date: May 5, 2020

Title: JOSE MARTINEZ V. AIRPORT TERMINAL SERVICES, INC. ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):　ORDER RE: RULE 26(F) REPORT**

　　The Court has read the joint report at Dkt. 13 and finds it insufficient. There is no detailed factual basis of the case with all claims and defenses explained thoroughly. The Court **ORDERS** an updated Rule 26(f) report with a detailed factual summary of the facts of the case and all claims and defenses by May 7, 2020 at 12:00PM or the matter will be dismissed for lack of prosecution.

　　The clerk shall serve the minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kd
CIVIL-GEN