AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| Jose Martiez )<br>_Plaintiff_ )<br>v. )<br>Airport Terminal Services, Inc. )<br>_Defendant_ ) | Case No.   8:20-cv-00426-DOC-DFMx |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Jose Martinez.

Date:  08/12/2020

/s/ Javier Ramirez
_Attorney's signature_

Javier Ramirez, Esq. (SBN 249516)
_Printed name and bar number_

The Dominguez Firm, LLP
3250 Wilshire Blvd., Ste. 1200
Los Angeles, CA 90012

_Address_

Javier.Ramirez@dominguezfirm.com
_E-mail address_

(213) 381-4011
_Telephone number_

(213) 201-8212
_FAX number_

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3250 Wilshire Boulevard, Suite 1200, Los Angeles, California 90010.

On August 12, 2020, I served the foregoing document described as **APPEARANCE OF COUNSEL** on the interested parties in this action as follows:

☒ By placing true copies enclosed in a sealed envelope addressed to each addressee as follows:

| | |
|---|---|
| David A. Garcia, Esq.<br>david.garcia@ogletree.com<br>Carlos Bacio, Esq.<br>carlos.bacio@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>Park Tower, Fifteenth Floor<br>695 Town Center Drive<br>Costa Mesa, CA 92626 | *Attorney for Defendant CHLN, Inc.; Landry's, Inc. (currently, Landry's LLC); and Chart House (d/b/a for CHLN, Inc.)* |

☐ BY MAIL: I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at our business address in Los Angeles, California. Each of the above envelopes was sealed and placed for collection and mailing on that date following ordinary business practices.

☒ BY CM/ECF: With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the foregoing parties and counsel of record who are registered with the Court's CM/ECF System.

Executed on August 12, 2020, at Los Angeles, California.

☒ FEDERAL  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Amanda M. Headworth                              /s/ Amanda M. Headworth