# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 20-00426-DOC (DFMx)        Date: August 24, 2020

Title: JOSE MARTINEZ V. AIRPORT TERMINAL SERVICES, INC., ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|

**PROCEEDINGS: STATUS CONFERENCE (Held and Completed)**

The Court confers with counsel outside the presence of the court reporter.

                                                                           **:** 30

                                                                           KD