

# United States District Court
### Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 24, 2020

Orange County Superior Court
700 Civic Center Drive West
Santa Ana, CA 92701

Re: Case Number: _____ 8:20–cv–00426–DOC–DFM _____
Previously Superior Court Case No. _____ 30–2019–01121035–CU–WT–CJC _____
Case Name: _____ Jose Martinez v. Airport Terminal Services, Inc. et al _____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____ 8/24/20 _____, the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Trina Debose_
Deputy Clerk
714 338 4568

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____

_____
Date

_____
Deputy Clerk